UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY A. SHERMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>        Defendant. | Case No. 25-cv-07130-LJC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court previously indicated that the November 20, 2025 case management conference would be vacated if the stay had not been lifted two weeks prior to that date. Though government funding has now been restored, it was not restored by two weeks before the conference, thus limiting the parties' ability to prepare a case management statement and otherwise plan for case management.

The initial case management conference is therefore VACATED, and the parties are directed to file a stipulation or status report no later than November 20, 2025 proposing a new date for that conference.

**IT IS SO ORDERED.**

Dated: November 13, 2025

LISA J. CISNEROS
United States Magistrate Judge