UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY A. SHERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    Defendant. | Case No. 25-cv-07130-LJC<br><br>**ORDER LIFTING STAY** |

The Court hereby endorses and so orders the schedule proposed in the parties' Status Report (ECF No. 11). The stay in this case is lifted. Defendant shall answer no later than December 3, 2025. The parties shall file a joint case management statement no later than January 8, 2026. The initial case management conference will occur at 1:30 PM on January 15, 2026 via Zoom webinar videoconference. Access instructions are available at https://cand.uscourts.gov/ljc/.

**IT IS SO ORDERED.**

Dated: November 20, 2025

LISA J. CISNEROS
United States Magistrate Judge