UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY A. SHERMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　　Defendant. | Case No. 25-cv-07130-LJC<br><br>**ORDER REGARDING SERVICE AT PLAINTIFF'S UPDATED ADDRESS** |

The Court issued an Order on November 20, 2025, which was mailed to Plaintiff Corey Sherman at the address listed on the docket. ECF No. 12. Sherman filed a notice of change of address on December 8, 2025. ECF No. 14. The Court's November 20, 2025 Order was returned undeliverable on December 12, 2025. ECF No. 15.

It is Plaintiff's obligation to keep the Court apprised of his current mailing address. As a one-time courtesy, however, the Clerk is instructed to re-mail the November 20, 2025 Order to Sherman at his updated address. If Defendant the Department of State has not already served its Answer (ECF No. 13) on Sherman at his updated address, Defendant is directed to do so no later than December 29, 2025.

**IT IS SO ORDERED.**

Dated: December 22, 2025

LISA J. CISNEROS
United States Magistrate Judge