United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY A. SHERMAN,<br>Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF STATE,<br>Defendant. | Case No. 25-cv-07130-LJC<br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT**<br>Re: Dkt. No. 28 |

The Court has reviewed the parties' Status Conference (ECF No. 28), which "request[s] an order resolving" the case-dispositive question of whether Defendant has complied with its FOIA obligations. To allow for a more informed resolution, the parties are ORDERED to each file a motion for summary judgment no later than August 11, 2026, to be briefed as noticed motions in accordance with Civil Local Rule 7. The Court will hear argument on October 6, 2026 at 10:30 AM in Courtroom G.

The September 17, 2026 status report deadline and September 24, 2026 status conference are hereby VACATED. *See* ECF No. 26.

**IT IS SO ORDERED.**

Dated: July 22, 2026

LISA J. CISNEROS
United States Magistrate Judge