CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7320
Email: Kenneth.Kao@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COREY SHERMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | Case No. 3:25-cv-07130-LJC<br><br>**STIPULATION TO VACATE BRIEFING SCHEDULE AND HEARING ON SUMMARY JUDGMENT; DECLARATION; AND ORDER**<br><br>The Honorable Lisa J. Cisneros<br>United States Magistrate Judge |

On July 20, 2026, the parties filed a Joint Status Report setting forth Defendant's production to date and the parties' respective, but differing, positions on the completeness of Defendant's production and obligations under the Freedom of Information Act ("FOIA"). ECF No. 28. On July 22, 2026, the Court ordered the parties to file motions for summary judgment no later than August 11, 2026, and set oral argument for October 6, 2026, to allow for a more informed resolution by the Court. ECF No. 29.

Following the Court's July 22, 2026 order, the parties have met and conferred several times to resolve their differences without involving the Court and have tentatively agreed to certain measures that may fully and finally address the issue of Defendant's compliance with its FOIA obligations. The parties respectfully submit that the resources of the parties and the Court will be conserved if the briefing schedule and hearing on summary judgment, at this time, are vacated. As such, the parties hereby stipulate and agree as follows, subject to approval by the Court:

1. The briefing schedule and hearing on summary judgment are vacated;
2. The parties shall submit a status report on Defendant's compliance with its FOIA obligations no later than 45 days from the Court's order;

IT IS SO STIPULATED.

Dated: August 4, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kenneth J. Kao*
KENNETH J. KAO
Assistant United States Attorney
*Attorneys for Defendant*

*/s/ Corey A. Sherman*
COREY A. SHERMAN
Plaintiff *pro se* (CABN 360021)

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 5, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge