UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COREY A. SHERMAN,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE,

Defendant.

Case No. 25-cv-07130-LJC

**ORDER REGARDING THE PARTIES' JOINT CASE MANAGEMENT STATEMENT AND REQUESTS 1 AND 2**

Re: Dkt. No. 34

Having considered the parties' Joint Case Management Statement (Joint Statement), ECF No. 34, and their representations at the October 22, 2026 Further Case Management Conference, the following schedule shall apply.

By November 20, 2026, with respect to Request #1 and Request #2, Defendant shall follow the procedure set forth in Section 1 of the parties' Joint Statement to either complete its production of responsive records or make an initial release of responsive records. For Request #2, which pertains to non-email records, Defendant shall search the same database, use the same search terms, and date parameters, as indicated in the procedure for Request #1.

Defendant's contentions in Section 4 of the Joint Statement indicate possible scenarios wherein Defendant has not identified all potentially responsive documents and/or not completed review of the documents that it has identified as potentially responsive by November 20, 2026. Below the Court specifies the information Defendant must disclose to Plaintiff on November 20, 2026, and thereafter on a monthly basis, if the release of responsive material is ongoing. The parties may stipulation to the disclosure of additional or different information, as needed, but such stipulations shall be filed on the docket for this case.

By November 20, 2026, Defendant shall notify Plaintiff of the following.

United States District Court
Northern District of California

United States District Court
Northern District of California

1. The number of records and the number of pages of records contained in its November 20, 2026 production.
2. Whether Defendant has finished its search using the procedure in Section 1 and completed its review of records, such that the production is complete.
3. If the production is not complete, then Defendant shall notify Plaintiff what work remains.

<u>Search and Collection of Potentially Responsive Records</u>

a. Defendant shall state whether it is still searching for potentially responsive records.

b. If Defendant is still searching for potentially responsive records, it shall state the number of potentially responsive records it has identified thus far and the total number of pages contained in those potentially responsive records.

c. If Defendant has finished searching for potentially responsive records, it shall state the number of potentially responsive records it has identified and the total number of pages contained in those potentially responsive records.

<u>Review of Potentially Responsive Records</u>

a. Defendant shall state whether it is still reviewing records that it has already identified and collected as potentially responsive.

d. If review is ongoing, Defendant shall specify whether the ongoing review is for responsiveness and/or privilege or other protections.

b. If review is ongoing, Defendant shall state the number of records and the number of pages of records that remain to be reviewed, and it shall state the number of records and number of pages that have been reviewed thus far.

c. If review is completed, Defendant shall state the number of records and number of pages that have been reviewed.

If the collection of potentially responsive documents and/or their review is necessary after November 20, 2026, then Defendant shall continue to search for and collect potentially responsive records, complete the necessary review, and release them on the 20th of each month going forward, until such time as all responsive records are released. In addition, until such release is completed, Defendant will, on the 20th of each month, provide Plaintiff with the information delineated in Items 1 through 3, as of the date of the release.

After the November 20, 2026 release, the parties shall agree upon a date for a further meet and confer, which shall be no later than January 11, 2027. At this meet and confer, the parties shall address any necessary topics or unresolved issues, such as a production schedule, if the release of responsive records is not complete, and any disputes about what records are responsive and/or protected from disclosure. The parties shall file a joint status report by January 19, 2027. The case is set for a further Case Management Conference on January 28, 2027.

**IT IS SO ORDERED.**

Dated: October 26, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California